**JUDGE STEIN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



07 CV 4589

FIERMAN PRODUCE EXCHANGE, INC.,

                Plaintiff,

  -against-                         CASE NUMBER:

JEN JEN CORPORATION and SAMMY MOON

                Defendants.

---

     Pursuant to Rule 7 of the Local Rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **Plaintiff** (A private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

                              **NONE**

Date:  Westbury, New York
        May 29, 2007

                                  KREINCES & ROSENBERG, P.C.

                      By: _____
                            LEONARD KREINCES (LK/6524)
                            Attorneys for Plaintiff
                            900 Merchants Concourse, Suite 305
                            Westbury, New York 11590
                            (516) 227-6500