UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FIERMAN PRODUCE EXCHANGE, INC.

           Plaintiff,

  -against-

JEN JEN CORPORATION and SAMMY MOON

           Defendants.
-------------------------------------------------------------------X

Index No.: 07cv4589 (SHS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
COUNTY OF NASSAU  )ss.:

    I, DONNA MURPHY, being duly sworn, say; I am not a party to this action, am over 18 years of age and reside at Island Trees, New York.

    On May 31, 2007, I served an order to show cause, memorandum of law and annexed letter dated May 31, 2007 by depositing a copy thereof enclosed in a Federal Express overnight delivery envelope in an official depository under the exclusive care and custody of the Federal Express within New York State, addressed to each of the following persons at the last known address set forth after each name:

Jen Jen Corporation, defendant
182 Avenue U
Brooklyn, New York 11223

Sammy Moon, defendant
182 Avenue U
Brooklyn, New York 11223

                            _____
                            Donna Murphy

Sworn to before me this
31st of May, 2007

_____
Notary Public

LEONARD KREINCES
Notary Public, State of New York
No. 02KR7364365
Qualified in Nassau County
Commission Expires 1/31/2011

# KREINCES & ROSENBERG, P.C.

900 MERCHANTS CONCOURSE
WESTBURY, NEW YORK 11590

LEONARD KREINCES
HOWARD S. ROSENBERG*

TEL (516) 227-6500
FAX (516) 227-6594

DONNA MURPHY
PARALEGAL

*ADMITTED TO PRACTICE
N.Y.,CT.

May 31, 2007

**VIA FEDERAL EXPRESS
PRIORITY OVERNIGHT DELIVERY**

Jen Jen Corporation
182 Avenue U
Brooklyn, New York 11223

Mr. Sammy Moon
182 Avenue U
Brooklyn, New York 11223

Re:   Fierman Produce Exchange, Inc. v. Jen Jen Corporation and Sammy Moon
      Case Number: 07 CV 4589 (SHS)

Dear Mr. Moon:

I am writing to you in your individual capacity as a defendant in the above-entitled action and as the principal officer, shareholder and director of Jen Jen Corporation.

I am enclosing two copies of a proposed Order to Show Cause with a temporary restraining notice and a Memorandum of Law in the above-entitled action which was filed on May 31, 2007 in the United States District Court for the Southern District of New York.

The matter is before U.S. District Judge Sydney H. Stein and he has directed me to inform you that there will be a conference of this matter on June 5, 2007 at 11:00 a.m. in Courtroom of Judge Stein at the Courthouse, 500 Pearl Street, New York, New York. Your presence is directed by the Court.

Very truly yours,

LEONARD KREINCES

LK/dg
Enc.

cc:   Fierman Produce Exchange (via facsimile)
      Attn: Mr. Joel Fierman

Z:\kreinces1\WORK\HUNTSPOINT\FIERMAN\jen jen\Jen-Jen-Moon 5-31-07.wpd