```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

FIERMAN PRODUCE EXCHANGE INC.,          :       07 Civ. 4589 (SHS)

                Plaintiff,        :

    -against-                                    :       ORDER

JEN JEN CORPORATION and SAMMY MOON,     :

                Defendants.       :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that:

    1.    Defendants' time to serve and file their response to the order to show cause is extended to June 18, 2007; and

    2.    The hearing is adjourned to June 19, 2007, at 11:00 a.m.

Dated: New York, New York
       June 12, 2007

                                        SO ORDERED:

                                        Sidney H. Stein, U.S.D.J.