UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FIERMAN PRODUCE EXCHANGE, INC.

          Plaintiff,

  -against-

JEN JEN CORPORATION and SAMMY MOON

          Defendants.
-------------------------------------------------------------------X

Index No.: 07cv4589 (SHS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
COUNTY OF NASSAU  )ss.:

I, DONNA MURPHY, being duly sworn, say; I am not a party to this action, am over 18 years of age and reside at Island Trees, New York.

On June 6, 2007, I served an order to show cause and memorandum of law by depositing a copy thereof enclosed in a Federal Express overnight delivery envelope in an official depository under the exclusive care and custody of the Federal Express within New York State, and by U.S. First Class Mail, addressed to each of the following persons at the last known address set forth after each name:

| | |
|---|---|
| Jen Jen Corporation, defendant<br>182 Avenue U<br>Brooklyn, New York 11223 | Sammy Moon, defendant<br>182 Avenue U<br>Brooklyn, New York 11223 |

                                              _____
                                              Donna Murphy

Sworn to before me this
6th day of June, 2007

_____
Notary Public

LEONARD KREINCES
Notary Public, State of New York
No. 02KR7364365
Qualified in Nassau County
Commission Expires 1/31/2011