UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**FIERMAN PRODUCE EXCHANGE, INC.**
                          Plaintiff(s), Petitioner(s)
    *against*

**JEN JEN CORPORATION, ET AL.**
                         Defendant(s), Respondent(s)

ATTORNEY: Kreinces & Rosenberg, P.C.

Index No.: 07 CV 4589

DATE OF FILING: 5/31/2007

## AFFIDAVIT OF SERVICE

STATE OF N.Y.: COUNTY OF NASSAU:  ss:

I, Matthew Matles, being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Brooklyn, NY.

That on **June 8, 2007 at 11:15 AM at 182 Avenue U, Brooklyn, NY 11223**, deponent served the **Summons in a Civil Action, Complaint, Judge's Rules, USDC/SDNY Instructions for Filing an Electronic Case or Appeal; USDC/SDNY Procedures for Electronic Case Filing, and USDC/SDNY Guidelines for Electronic Case Filing** upon **Jen Jen Corporation**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering to and leaving a true copy of each with **Judy Moon** a person who is known to be the **authorized agent** of said corporation, and who is authorized by said corporation to receive said documents.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:   Sex: **Female** Skin: **Asian/Yellow** Hair: **Black** Age(Approx): **30-40** Height(Approx): **5' 2"** Weight(Approx): **100-110 lbs**
Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                Matthew Matles,  License No. 1249479

Sworn to before me on June 11, 2007

Alan Leibowitz
Notary Public, State of New York
Registration No. 01LE6029931
Qualified in Nassau County
Commission Expires August 30, 2009

                                                                                                 Ultimate Process Service (516) 333-3447
                                                                                                          Case No.: 80059