**KREINCES & ROSENBERG, P.C.**
100 MERCHANTS CONCOURSE
WESTBURY, NEW YORK 11590

LEONARD KREINCES
HOWARD S. ROSENBERG*

TEL (516) 227-6500
FAX (516) 227-6594

*ADMITTED TO PRACTICE
N.Y., CT.

DONNA MURPHY
PARALEGAL

[Stamp: RECEIVED JUN 1 8 2007 CHAMBERS OF JUDGE SIDNEY H. STEIN U.S.D.J.]

[Stamp: USDC SDNY ELECTRONICALLY FILED DOC # DATE FILED: 6/18/07]

June 18, 2007

**VIA FACSIMILE TRANSMISSION**

Hon. Sidney H. Stein
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re: Fierman Produce Exchange, Inc. v. Jen Jen Corporation and Sammy Moon
Case No.:07CV4589(SHS)

Dear Judge Stein:

I have spoken with Deputy Laura Blakely today concerning the above-named matter and its scheduled appearance on your calendar for tomorrow at 11:00 a.m.

I have spoken with Gerard DeCapua, counsel for the defendants as well as my client and it appears that efforts are being made to arrange for a stipulation of settlement in this matter. However, we will not know whether that will be possible for several more days. We have learned that the Court is unavailable next week and that July 11, 2007 at 12 noon is satisfactory as an adjourned date.

The courtesy and cooperation of Chambers is appreciated.

Respectfully yours,

LEONARD KREINCES

LK/dm
cc: Gerard DeCapua, Esq. (via fax)

Z:\kreinces\WORK\HUNTSPOINT\FIERMAN\jen jen\stn.ltr6.18.07.wpd

SO ORDERED 6/18/07

SIDNEY H. STEIN
U.S.D.J.

TOTAL P.02