UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE No.07CV4589 (SHS)

FIERMAN PRODUCE EXCHANGE, INC.

                     *Plaintiff(s),*

- against -

JEN JEN CORPORATION and SAMMY MOON

                     *Defendant(s).*

**NOTICE OF APPEARANCE**

SIRS: PLEASE TAKE NOTICE that the undersigned does hereby appear for the defendants JEN JEN CORPORATION and SAMMY MOON in the above captioned matter.

Dated: June 29, 2007
       Rockville Centre, New York 11570

                                 Gerard DeCapua, Esq.
                                 Attorney for Plaintiff
                                 *Office and Post Office Address*
                                 430 Sunrise Highway
                                 Rockville Centre, New York 11570
                                 516-764-2226

TO:

Kreinces & Rosenberg, P.C.
Attorneys for the Plaintiff
*Office and Post Office Address*
900 Merchant Concourse
Westbury, New York 11590
516-227-6500