JUL. 9.2007  1:47PM   HAROLD SOLOMON                                NO.070   P.7

CASE # 07 CV 4589
(SHS)

USDC SDNY
DOCUMENT
...NICALLY FILED

**ORDER**

HAVING REVIEWED AND CONSIDERED the foregoing Stipulation of Judgment against defendants JEN JEN CORPORATION and SAMMY MOON ("Stipulation") for judgment in favor of the plaintiff FIERMAN PRODUCE EXCHANGE, INC., and against defendants JEN JEN CORPORATION and SAMMY MOON, and it appearing to the satisfaction of the Court that judgment in accordance with the terms of the Stipulation should be entered,

IT IS ORDERED that the Stipulation is approved in its entirety and that judgment is entered against defendants JEN JEN CORPORATION and SAMMY MOON as stated in the Stipulation.

Dated: July __10__, 2007

_____
United States District Judge